[No. 3107.]

THE HART GOLD MINING COMPANY v. BOARD OF COUNTY
COMMISSIONERS OF TELLER COUNTY.

*Error to the District Court of Teller County.*

*Per Curiam.*—For reasons assigned in No. 3106,
decided at the present term, *ante,* p. 311, writ of error
dismissed.                               *Dismissed.*

---

[No. 3108.]

THE MOON ANCHOR GOLD MINING COMPANY v. BOARD
OF COMMISSIONERS OF TELLER COUNTY.

*Error to the District Court of Teller County.*

*Per Curiam.*—For reasons assigned in No. 3106,
decided at the present term, *ante,* p. 311, writ of error
dismissed.                               *Dismissed.*